1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000


FILED
JUN 08 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

6
7            IN THE UNITED STATES DISTRICT COURT FOR THE
8                    EASTERN DISTRICT OF CALIFORNIA
9
10 IN THE MATTER OF THE       ) S.W. NO. 1: 07 SW 00122 SMS
   SEARCHES OF:               )
11                            ) **UNDER SEAL**
   ONE HARD DRIVE REMOVED FROM THE)
12 COMPUTER AT LISA ALLEN'S   ) ORDER SEALING SEARCH WARRANT
   WORKSTATION, LOCATED AT G. ) AFFIDAVITS
13 HEDGECOCK INC., 2721 NATHAN)
   AVENUE, MODESTO, CALIFORNIA.)   1:  07 SW 00123    SMS
14 THE HARD-DRIVE IS DESCRIBED AS)
   A SEAGATE ULTRA, MODEL     )
15 ST380011A, SERIAL NUMBER   )
   5JVWN2TW, P/N 9W2003-633   )
16                            )              SEALED
   ONE COMPUTER TOWER DESCRIBED AS)
17 A BLACK SONY VAIO, MODEL PCV- )
18 C31L, NUMBER 2-630-842-01, P/N )
   28221838 WITH  ANOTHER STICKER )
19 ON THE COMPUTER TOWER      )
   INDICATING MODEL VGC-RB40 AND )
20 S/N 3003866,  LOCATED AT FORES )
   MACKO LAW CORPORATION, 801 10TH)
21 STREET, FIFTH FLOOR, SUITE 105,)
22 MODESTO, CALIFORNIA         )
                               )
23 _____)

24      The United States of America, having applied to this
25 Court, for an Order permitting it to file the search warrant
26 and applicants and affidavits in the above-entitled
27 proceedings, together with its Application to Seal, Memorandum
28 of Points and Authorities and the accompanying Declaration of

                                1

1 | Stanley A. Boone, under seal, and good cause appearing
2 | therefor,
3 |     IT IS HEREBY ORDERED that the search warrant affidavit in
4 | the above-entitled proceeding, together with the Application To
5 | Seal of the United States Attorney and the accompanying
6 |
7 | Memorandum of Points and Authorities and Declaration of Stanley
8 | A. Boone, shall be filed with the Court in camera, under seal
9 | and shall not be disclosed pending further order of this court.

12 | DATED: 6/7/07

SANDRA M. SNYDER
U.S. Magistrate Judge

1