```
1  McGREGOR W. SCOTT                         FILED
   United States Attorney
2  STANLEY A. BOONE                          DEC 0 8 2008
   IAN L. GARRIQUES
3  Assistant U.S. Attorneys                  CLERK, U.S. DISTRICT COURT
   4401 Federal Building                     EASTERN DISTRICT OF CALIFORNIA
4  2500 Tulare Street                        BY _____
   Fresno, California 93721                        DEPUTY CLERK
5  Telephone: (559) 497-4000                 SEALED
```

           IN THE UNITED STATES DISTRICT COURT FOR THE

                   EASTERN DISTRICT OF CALIFORNIA

```
IN THE MATTER OF:                )  SW-F 07-00122 SMS
                                 )       07-00123 SMS
ONE HARD DRIVE REMOVED FROM THE  )
COMPUTER AT LISA ALLEN'S         )  ORDER TO UNSEAL SEARCH WARRANT
WORKSTATION, LOCATED AT G.       )  AFFIDAVIT AND WARRANTS
HEDGECOCK INC., 2721 NATHAN      )
AVENUE, MODESTO, CALIFORNIA.     )
THE HARD-DRIVE IS DESCRIBED AS   )
A SEAGATE ULTRA, MODEL           )
ST380011A, SERIAL NUMBER         )
5JVWN2TW, P/N 9W2003-633         )
                                 )
ONE COMPUTER TOWER DESCRIBED AS  )
A BLACK SONY VAIO, MODEL PCV-    )
C31L, NUMBER 2-630-842-01, P/N   )
28221838 WITH  ANOTHER STICKER   )
ON THE COMPUTER TOWER            )
INDICATING MODEL VGC-RB40 AND    )
S/N 3003866, LOCATED AT FORES    )
MACKO LAW CORPORATION, 801 10TH  )
STREET, FIFTH FLOOR, SUITE 105,  )
MODESTO, CALIFORNIA              )
                                 )
_____  )
```

   The search warrant affidavit in this case having been sealed by Order of its Court on June 7, 2007, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

   IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

DATED: 12/8/2008            

                                    1

UNITED STATES MAGISTRATE JUDGE